UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARK VAN DEN HEUVEL A.K.A. JEAN MARC,<br><br>Plaintiff,<br><br>v.<br><br>EL DORADO COUNTY DISTRICT ATTORNEYS, et al.,<br><br>Defendants. | No. 2:19-cv-0883 MCE DB PS<br><br>ORDER |

Plaintiff John Mark Van den Heuvel is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On April 20, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. ECF No. 9. The thirty-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The findings and recommendations filed April 20, 2020 (ECF No. 9) are ADOPTED in full;

4     2. Plaintiff's May 16, 2019 application to proceed in forma pauperis (ECF No. 2), re-noticed on July 26, 2019 (ECF No. 6), is DENIED;

6     3. Plaintiff's November 14, 2019 amended complaint (ECF No. 8) is DISMISSED without further leave to amend; and

8     4. The Clerk of the Court is directed to close the case.

9     IT IS SO ORDERED.

11 Dated:  October 6, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE